IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gray, Betty A | Case Number:  08 B 05263 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/10/08 | Filed:  3/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 30, 2008
Confirmed: June 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 341.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 319.30 |
| Trustee Fee: | | 22.20 |
| Other Funds: | | 0.00 |
| Totals: | 341.50 | 341.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 319.30 |
| 2. | United States of America | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 1,660.57 | 0.00 |
| 4. | Internal Revenue Service | Priority | 9,713.95 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 58.88 | 0.00 |
| 6. | B-Real LLC | Unsecured | 44.48 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 20.90 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 671.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 21.59 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 1,527.47 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 15.24 | 0.00 |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Account Recovery Service | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | H&F Law | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Customized Auto Credit | Unsecured | | No Claim Filed |
| 20. | First Collection Service | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | J V D B & Associates | Unsecured | | No Claim Filed |
| 25. | J V D B & Associates | Unsecured | | No Claim Filed |
| 26. | Harvard Collection Services In | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Gray, Betty A

Printed: 12/10/08

Case Number: 08 B 05263
Judge: Wedoff, Eugene R
Filed: 3/5/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Rickenbacker Group | Unsecured | | No Claim Filed |
| 28. Safeguard Self Storage | Unsecured | | No Claim Filed |
| | | $ 17,208.08 | $ 319.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 22.20 |
| | $ 22.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

